■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELLA MAE JOHNSON, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Vinik, J.), rendered February 17, 1983, convicting her of manslaughter in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant's statements to the police were properly admitted (*Miranda v Arizona,* 384 US 436; *People v Johnson,* 91 AD2d 327, *affd* 61 NY2d 932). We have examined all of defendant's other contentions, and find them to be without merit. Mollen, P. J., Mangano, O'Connor and Weinstein, JJ., concur.